THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RIVERDALE CEMETERY ASSOCIATION OF NIAGARA FALLS et al., Appellants.

Submitted July 29, 1941; decided October 9, 1941.

*Everett M. Barlow* and *Clark H. Hammond* for motion.

*John J. Bennett, Jr.,* Attorney-General (*James P. Cotter* of counsel), opposed.

Motion dismissed on the ground that the order does not finally determine the action.